# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARIANO and JOANNE MATTEI,**<br><br>　　v.<br><br>**LIBERTY MUTUAL INSURANCE CORP. and ALLISON FELDBAUER** | **CIVIL ACTION**<br><br>**NO. 18-4643** |

## ORDER

AND NOW, this 2nd day of January, 2019, for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** that Plaintiffs' Motion to Remand (ECF 7) is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　/s/ Michael M. Baylson

　　　　　　　　　　　　　　　　　　　　　**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 18\18-4643 Mattei v Liberty Mutual Ins\18cv4643 Order 01022019.docx